LORING J. WHITESIDE *v.* WILLIAM T. BURLANT,
SHERIFF

The plaintiff's motion for an order directing the filing of a finding in the appeal from the Superior Court in Fairfield County is denied.

*Loring J. Whiteside,* pro se, in support of the motion.

Submitted June 3—decided July 7, 1964

GEORGE MEADOWS *v.* HECTOR VIGNEAULT

The court denies the defendant's motion for review of the refusal of the trial court to rectify the appeal from the Court of Common Pleas in Hartford County since no issue of fact has been joined on which rectification can be based.

*Milton W. Horwitz* and *John P. McKeon,* in support of the motion.

*Morton W. Appleton,* in opposition.